3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Violation: 18 U.S.C. § 922(g)(1)

CALVIN CRAIG,

Defendant.
_______________________________________/

Case: 2:26-cr-20712
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/21/2026
Description: INDI USA v SEALED MATTER (JP)

# **INDICTMENT**

The Grand Jury charges:

## **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 12, 2026, in the Eastern District of Michigan, Southern Division, the defendant, CALVIN CRAIG, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Taurus 709 Slim pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**

18 U.S.C. § 924(d) and 28 U.S.C. § 2461

*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, CALVIN CRAIG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Taurus 709 Slim pistol.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
MARK BILKOVIC
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Philip Jacques*
PHILIP JACQUES
Assistant United States Attorney

Dated: October 21, 2026

Case: 2:26-cr-20712
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/21/2026
Description: INDI USA v SEALED MATTER (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** PJ |

**Case Title:** USA v. Calvin Craig

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

__✓__ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 21, 2026
Date

s/ Philip M. Jacques

Philip M. Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9654
Fax: 313-226-2311
E-Mail address: Philip.Jacques@usdoj.gov
Attorney Bar #: P73754

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.